UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARRANZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFF LYNCH,<br><br>　　　　Respondent. | Case No. 1:21-cv-00175-HBK<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

　　　　Petitioner Daniel Carranza is proceeding *pro se* on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). Petitioner is incarcerated in Sacramento County and challenges his state sentence and conviction entered by the Superior Court of Solano County. Both Petitioner's place of incarceration and place of conviction are located within the jurisdiction and venue of the Sacramento Division of the United States District Court for the Eastern District of California.

　　　　Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. Therefore, the Sacramento Division of the Eastern District has jurisdiction over the case. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542

U.S. 426, 428 (2004). "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Sacramento Division of the Eastern District of California. 28 U.S.C. §§ 1404(a), 2241(d).

**Accordingly:**

1. The Clerk shall transfer this action to the United States District Court for the Eastern District of California, Sacramento Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> Sacramento Division
> 501 I St., #4200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   February 17, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2